# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2016

153087

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

MARK DESHAWN JACKSON,
       Defendant-Appellant.

SC: 153087
COA: 329167
Saginaw CC: 12-037249-FH

_____/

      On order of the Court, the application for leave to appeal the December 21, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2016

d1121

Clerk